**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: A.W.H., A MINOR            :  No. 204 MAL 2024
:
:
PETITION OF: E.H., MOTHER       :  Petition for Allowance of Appeal
                                      :  from the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.